## 48924. ESKEW v. CAMP.

CLARK, Judge. Plaintiff, a building contractor, sued defendant for $738 as the balance due on a contract for furnishing labor and materials used for improvements on defendant's realty. Defendant's answer consisted of a denial, a plea of failure of consideration, and a counterclaim for breach of contract. This cross action sought compensatory damages of $790, punitive damages of $5,000, and attorney fees of $2,500 for stubborn litigiousness. The claim for attorney fees was stricken on motion but the court declined to strike the claim for punitive damages. The jury awarded defendant $790 actual damages and $2,500 in punitive damages on his counterclaim. This appeal is by plaintiff from the judgment rendered upon this verdict.

Defendant's counterclaim sought to recover for damages sustained as a result of plaintiff's breach of contract. As defendant's claim thus arose ex contractu and not ex delicto it was error to render a judgment for punitive damages against the plaintiff. Code § 20-1405. See also *Nichols v. Williams Pontiac,* 95 Ga. App. 752 (5) (98 SE2d 659) and *Cohen v. Garland,* 119 Ga. App. 333, 340

(167 SE2d 599).

*Judgment affirmed subject to appellee deducting the` punitive damages of $2,500; otherwise reversed. Bell, C. J., and Quillian, J., concur.*

SUBMITTED JANUARY 8, 1974— DECIDED FEBRUARY 5, 1974.

*Linus L. Zukas*, for appellant.
*Goodman & Hudnall, Craig R. Goodman*, for appellee.